UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRANDON,

                Plaintiff,

-v-

CITY OF NEW YORK, NYPD POLICE OFFICER TUHIN KHAN, and NYPD SERGEANT DUMANOVSKY,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 7784 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 18, 2022, the Court orders as follows:

1. The parties' request to extend the discovery deadline is GRANTED. All discovery shall be completed by **June 24, 2022**; and

2. By **July 1, 2022**, the parties shall file a joint letter (i) certifying the completion of all discovery and (ii) proposing a briefing schedule for Defendants' anticipated motion for summary judgment.

Dated:      New York, New York
               May 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**