UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRANDON,

                Plaintiff,

-v-

CITY OF NEW YORK, NYPD POLICE OFFICER TUHIN KHAN, and NYPD SERGEANT DUMANOVSKY,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 7784 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's requested extension (ECF No. 35) is GRANTED, and the Court orders as follows:

1. All discovery shall be completed by **August 5, 2022**; and

2. By **August 12, 2022**, the parties shall file a joint letter (i) certifying the completion of all discovery and (ii) proposing a briefing schedule for Defendants' anticipated motion for summary judgment.

The Clerk of Court is respectfully directed to close ECF No. 35.

Dated:    New York, New York
            June 24, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**