UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRANDON,

                Plaintiff,

-v-

CITY OF NEW YORK, NYPD POLICE OFFICER TUHIN KHAN, and NYPD SERGEANT DUMANOVSKY,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 7784 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' requested extension (ECF No. 41) is GRANTED, their proposed briefing schedule is ADOPTED, and the Court orders as follows:

1. By **November 28, 2022**, Defendants shall file their motion for summary judgment;

2. By **December 28, 2022**, Plaintiff shall file his opposition to the motion; and

3. By **January 11, 2023**, Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to close ECF No. 41.

Dated:      New York, New York
               October 31, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**