

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**

---

> The oral argument scheduled for Tuesday, May 9, 2023 at 2:30 p.m. is ADJOURNED to **Thursday, May 18, 2023 at 11:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York. All other terms of the original oral argument scheduling order remain in effect. (ECF No. 57).
>
> The Clerk of Court is respectfully directed to close ECF No. 58.
>
> SO ORDERED 03/28/23    /s/ Sarah L. Cave
>                          SARAH L. CAVE
>                          United States Magistrate Judge

---

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Frank Brandon v. City of New York, et al.,
                20 Civ. 7784 (LAK) (SLC)

Your Honor:

        I represent defendants City of New York, Tuhin Khan, and Paul Dumanovsky in the above-referenced matter. Defendants write to respectfully request that the Oral Argument scheduled for May 9, 2023, at 2:30 p.m. be adjourned to a later date convenient for the Court. This is defendants' first such request. Plaintiff consents to this request.

        By way of background, on January 23, 2023, defendants requested that the Court schedule Oral Argument regarding defendants' pending motion for summary judgment (ECF No. 56). On March 10, 2023, the Court scheduled Oral Argument for May 9, 2023, at 2:30 p.m. (ECF No. 57). However, I am scheduled to be on leave and out of the country from May 5 through 9, 2023, and thus I am unable to attend the Oral Argument as scheduled. Accordingly, defendants respectfully request that the Court adjourn the Oral Argument to a later date convenient for the Court. For the Court's convenience, the parties are available May 12, 15, 16, 17, and 18, 2023.

        Thank you for your time and consideration.

                                    Respectfully submitted,

                                    /s/ *Zachary Kalmbach*
                                    Zachary Kalmbach
                                    *Assistant Corporation Counsel*

CC:    **Via ECF**
        Alexis G. Padilla
        *Attorney for plaintiff*