UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRANDON,

                Plaintiff,

-v-

CITY OF NEW YORK, NYPD POLICE OFFICER TUHIN KHAN, and NYPD SERGEANT DUMANOVSKY,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 7784 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Oral Argument scheduled for May 18, 2023 is RESCHEDULED to **Monday, May 15, 2023 at 10:00 am** and will take place in Courtroom 18A, 500 Pearl Street, New York, New York.

All other terms of the Court's order at ECF No. 57 remain in effect.

Dated:    New York, New York
           April 24, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**