UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BRANDON,<br><br>                    Plaintiff,<br><br>     -v-<br><br>CITY OF NEW YORK, NYPD POLICE OFFICER TUHIN KHAN, and NYPD SERGEANT DUMANOVSKY,<br><br>                    Defendants. | CIVIL ACTION NO.: 20 Civ. 7784 (LAK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 61 is GRANTED, and the Oral Argument scheduled for May 15, 2023 is ADJOURNED to **Monday, May 22, 2023 at 12:00 pm** and will take place in Courtroom 18A, 500 Pearl Street, New York, New York.  Each party will be allowed fifteen (15) minutes for argument, including rebuttal.  The Court will enter the parties' proposed electronic device order and provide a copy to the parties by email.

The Clerk of Court is respectfully directed to close ECF No. 61.

Dated:       New York, New York
             May 3, 2023

                                                          SO ORDERED.

                                                          _____
                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**