

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NICOLETTE PELLEGRINO
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
npellegr@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-2023

June 23, 2023

VIA E.C.F.
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
SO ORDERED

LEWIS A. KAPLAN, USDJ
Dated: 6-26-2023

Re:   Frank Brandon v. the City of New York, et al.,
      20 Civ. 7784 (LAK) (SLC)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants the City of New York, Tuhin Khan, and Paul Dumanovsky (collectively, "Defendants") in the above referenced matter. The Defendants write to respectfully request, with Plaintiff's consent, a one-week extension of time, from July 5, 2023, to July 12, 2023, for the Defendants to file their opposition to the Plaintiff's objections to Magistrate Judge Sarah L. Cave's Report and Recommendation.

   This is the Defendants' first such request and, upon information and belief, this request will not affect any other deadlines.

   By way of relevant background, on June 6, 2023, Magistrate Judge Cave issued her Report and Recommendation concerning the Defendants' Summary Judgment Motion. (See Dkt. No. 63.)

   On June 20, 2023, Plaintiff filed objections to the Report and Recommendation. (See Dkt. No. 64.)

   Pursuant to the Federal Rules of Civil Procedure, the Defendants' opposition to the Plaintiff's objection is due by July 5, 2023. However, the undersigned was newly assigned to this matter yesterday because the former Assistant Corporation Counsel who was previously assigned is now out on extended leave from the Office. Thus, the undersigned must first familiarize herself with the record of this case before preparing the Defendants' opposition.