**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FRANK BRANDON,

                Plaintiff,                  20 **CIVIL** 7784 (LAK)(SLC)

      -against-                        **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 27, 2023, the objections to the R&R are overruled and the motion for summary judgment (Dkt 43) dismissing the case is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
      July 27, 2023

                                  **RUBY J. KRAJICK**

                               _____
                                **Clerk of Court**

**BY:**        K. Mango

                                  _____
                                  **Deputy Clerk**